(No. 00156—■■■■■■)

*In re* APPLICATION OF BARBARA A. WOODS.

*Opinion filed April 1, 1980.*

Roe, C. J.

On motion of the Claimant, it is hereby ordered that said claim be, and it is hereby dismissed, with prejudice.